IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE
AT JACKSON

Assigned on Briefs February 03, 2015


**PHILANDER BUTLER v. STATE OF TENNESSEE**


**Appeal from the Criminal Court for Shelby County**
**No. 8808249, 9004544, 9006943     James M. Lammey, Judge**

_____


**No. W2014-01366-CCA-R3-CO  -  Filed July 14, 2015**

_____


CAMILLE R. MCMULLEN, J., dissenting.

       For reasons stated in State v. Kevin M. Thompson, No. E2014-01358-CCA-R3-CD, 2015 WL 1548852 (Tenn. Crim. App. Apr. 1, 2015), and State v. Sean Blake, No. W2014-00856-CCA-R3-CO, 2015 WL 112801 (Tenn. Crim. App. Jan. 8, 2015), I would remand this matter to the trial court for appointment of counsel if the Defendant is indigent and an evidentiary hearing pursuant to Tennessee Rule of Criminal Procedure 36.1.  Accordingly, I respectfully dissent.


                              _____
                              CAMILLE R. MCMULLEN, JUDGE